■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN W. COLE, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant contends that his statutory and constitutional right to be present at all critical stages of his trial was violated when the court, in the presence of counsel but in defendant's absence, considered defendant's *Sandoval* motion in chambers. The issue is not preserved for appellate review, and absent a showing of prejudice, we decline to reach it in the interest of justice *(see, People v Dunbar,* 172 AD2d 1006; *People v Favor,* 172 AD2d 1052).

We have reviewed defendant's remaining contention and find it to be without merit. (Appeal from Judgment of Monroe County Court, Maloy, J.—Burglary, 2nd Degree.) Present— Dillon, P. J., Denman, Lawton, Lowery and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH STALLINGS, Appellant.—Judgment unanimously affirmed. Memorandum: From our review of the record, we conclude that the verdict was supported by legally sufficient evidence and was not against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495). We further find no basis to disturb the trial court's refusal to suppress defendant's confession. Sufficient evidence is present in the record to support the suppression court's finding that defendant voluntarily, knowingly and intelligently waived his *Miranda* rights *(see, e.g., People v Miles,* 115 AD2d 962, 963, *lv denied* 67 NY2d 654). Defendant also contends that the court's identification charge was insufficient. Because no objection was made to the alleged error, it has not been preserved for our review *(see,* CPL 470.05 [2]).

We have reviewed defendant's remaining contentions and find them to be without merit. (Appeal from Judgment of Monroe County Court, Wisner, J.—Sexual Abuse, 1st Degree.) Present—Dillon, P. J., Denman, Lawton, Lowery and Davis, JJ.